217 So.2d 412

**Louis Z. FONTANE**

v.

**PEARCE & LeBLANC.**

No. 49638.

Jan. 20, 1969.

In re: Louis Z. Fontane applying for writ of certiorari and possible stay order.

The application is denied. This court will not exercise its supervisory jurisdiction when all remedies have not been exhausted.